EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Héctor J. Miranda Casasnovas | 2002 TSPR 8<br><br>156 DPR \_\_\_\_ |

Número del Caso: TS-6160


Fecha: 18/enero/2002


Oficina de Inspección de Notarías:
                    Lcda. Carmen H. Carlos
                    Directora


Abogado de la Parte Querellada:
                    Por Derecho Propio


Materia: Solicitud de Reinstalación


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

**In re**:

Héctor J. Miranda Casasnovas               TS-6160

RESOLUCIÓN

San Juan, Puerto Rico, a 18 de enero de 2002.

Vista la *Solicitud de Reinstalación a la Notaría* presentada por Héctor J. Miranda Casasnovas el 10 de diciembre de 2001, a la luz de nuestra Opinión *Per Curiam* de 12 de marzo de 1999 y del Informe de la Oficina de la Directora de Inspección de Notaría presentado el 23 de julio de 2001, se autoriza su reinstalación al ejercicio de la notaría, efectivo inmediatamente.

Notifíquese por vía telefónica y por la vía ordinaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. El Juez Presidente señor Andréu García no intervino.


Carmen E. Cruz Rivera
Secretaria del Tribunal Supremo Interina